IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:  )  <br>  )  <br> ANC RENTAL CORP., *et al.*  )  <br>  )  <br> Debtors.  ) <br>  ) | Chapter 11 <br><br> Bankruptcy Case No. 01-11220 (MFW) <br><br> (Jointly Administered) |
| ANC RENTAL CORP., *et al.*,  )  <br> Appellants,  )  <br>  )  <br> v.  )  <br>  )  <br> TARRANT COUNTY, *et al.*,  )  <br> Appellees.  )  <br>  ) | Civil Action No. 04-1428 (GMS) |
| ANC RENTAL CORP., *et al.*,  )  <br> Appellants,  )  <br>  )  <br> v.  )  <br>  )  <br> COUNTY OF HARRIS, *et al.*,  )  <br> Appellees.  )  <br>  ) | Civil Action No. 04-1430 (GMS) |
| ANC RENTAL CORP., *et al.*,  )  <br> Appellants,  )  <br>  )  <br> v.  )  <br>  )  <br> DALLAS COUNTY, *et al.*,  )  <br> Appellees.  )  <br>  ) | Civil Action No. 04-1464 (GMS) |

**ORDER**

WHEREAS, on December 21, 2004, the appellees filed a letter (D.I. 6) with the court

requesting to bypass mediation procedures in the above-cited cases;

WHEREAS, on December 23, 2004, the debtors/appellants filed a response (D.I. 7) opposing the appellees request;

WHEREAS, the United States District Court for the District of Delaware has a Standing Order, dated July 23, 2004, requiring "mandatory mediation of all [Bankruptcy Court] appeals"; and

WHEREAS, the appellees have not shown sufficient need to bypass the mediation requirement;

IT IS HEREBY ORDERED that:

1. The appellees' letter request to bypass mediation (D.I. 6) is DENIED.


Dated: April 29 , 2005                       /s/ Gregory M. Sleet
                                             UNITED STATES DISTRICT JUDGE