IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| ANC RENTAL CORP., et al. | : | AP 04-107 |
| Debtors | : | |
| ANC RENTAL CORP., et al. | : | |
| Appellants | : | |
| v. | : | Civil Action No. 04-1428 GMS |
| TARRANT COUNTY, et al. | : | |
| Appellees | : | |

FILED JUN 20 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### ORDER

WHEREAS, on November 8, 2004, a Notice of Appeal of the Order of the Bankruptcy Court entered on October 8, 2004, was filed;

WHEREAS, on December 6, 2004, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on June 17, 2005, a notice of Completion of Mediation was filed by William H. Sudell, Jr., Esq.,

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than July 1, 2005.

June 20, 2005
DATE

UNITED STATES DISTRICT JUDGE