IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ANC RENTAL CORPORATION, et al.<br><br>Debtors | Bankruptcy Case No. 01-11200 |
| ANC RENTAL CORPORATION, et al.<br><br>Appellant<br><br>v.<br><br>TARRANT COUNTY, ET AL.<br><br>Appellees | Civil Action No. 04-1428 |

ORDER GRANTING APPELLANT'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

WHEREAS, on July 21, 2005, the Appellant filed an Unopposed Motion for Extension of Time to File Brief;

IT IS HEREBY ORDERED that:

1. Appellant's Motion is hereby GRANTED;

2. The filing deadline for Appellant's Brief is extended to August 12, 2005;

3. The filing deadline for Appellee's Brief is extended to September 9, 2005; and

4. The filing deadline for Appellant's Reply Brief is September 30, 2005.

Dated: _____, 2005.

                                              Honorable Gregory M. Sleet
                                              United States District Court Judge

SL1 558627v1/011002.00001