## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record indicated below by facsimile on this 21st day of July, 2005.

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, #1600
Dallas, TX 75201

Theodore J. Tacconelli
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

Joseph T. Longoria
Perdue, Brandon, Fielder, Collins & Mott,
1235 North Loop West, Suite 600
Houston, TX 77008

/s/ Joseph Grey
Joseph Grey