## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on August 12, 2005, copies of the Appellants' Opening Brief were served by facsimile upon counsel for the Appellees at the following addresses:

>Elizabeth Weller, Esquire
>Linebarger Goggan Blair & Sampson, LLP
>2323 Bryan Street, #1600
>Dallas, TX 75201
>
>Theodore J. Tacconelli, Esquire
>Ferry, Joseph & Pearce, PA
>824 Market Street, Suite 904
>Wilmington, DE 19899
>
>Elizabeth Banda, Esquire
>Perdue, Brandon, Fielder, Collins & Mott, LLP
>P.O. Box 13430
>Arlington, TX 76094-0430
>
>Joseph T. Longoria, Esquire
>Perdue, Brandon, Fielder, Collins & Mott,
>1235 North Loop West, Suite 600
>Houston, TX 77008

>*/s/ Joseph Grey*
>JOSEPH GREY