## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing *Stipulation and Order Re Post-Trial Briefing Schedule* was made on September 8, 2005, upon the following parties in the manner indicated:

### BY FIRST-CLASS U.S. MAIL

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
Werb & Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Joseph Grey, Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Joseph M. Harrison IV, Esq.
J. M. Harrison & Associates
1009 C Street, Suite 200
Floresville, TX 78114


Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)