## Certificate of Service

I, Joseph Grey, hereby certify that on September 30, 2005, copies of the Appellants' Reply Brief were served by facsimile upon counsel for the Appellees at the following addresses:

>Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, #1600
Dallas, TX 75201

>Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899

>Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430

>Joseph T. Longoria, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
1235 North Loop West, Suite 600
Houston, TX 77008

_____
Joseph Grey

SL1 576551v1/011002.00003